Meehan UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAYLOR GOINES, *individually and on behalf of all others similarly situated,*<br><br>                    Plaintiff,<br><br>        v.<br><br>CELSIUS NETWORK, LLC, et al.,<br><br>                    Defendants. | Case No. 2:22-CV-04560-KM-ESK<br><br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF LEIGH NATHANSON** |

**PLEASE TAKE NOTICE** that on January 3, 2024, or such later date as the Court may order, Defendant Kristine Meehan[1], by her undersigned counsel, will hereby move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order allowing the admission *pro hac vice* of:

> Leigh Nathanson, Esq.
> King & Spalding LLP
> 1185 Avenue of the Americas
> 34th Floor
> New York, NY 10036-2601
> 212-790-5359
> lnathanson@kslaw.com

**PLEASE TAKE FURTHER NOTICE** that the Defendant Kristine Meehan will rely upon the accompanying Declarations of Thomas J. Scrivo and Leigh Nathanson in support of this motion and that no brief is necessary as this motion raises no issue of law and the relief sought is wholly within the Court's discretion.

---

[1] Ms. Meehan is incorrectly identified in the FAC as "Kristine Mashinsky," which is not her legal name.

2

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests waiver of oral argument in submission of this motion pursuant to Rule 78 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated:  December 1, 2023

/s/ Thomas J. Scrivo

Thomas J. Scrivo
New Jersey Bar No. 307552019
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222
Email:  tscrivo@kslaw.com

*Attorney for Defendant Kristine Meehan*

2