UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAYLOR GOINES, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK, LLC, et al.,<br><br>Defendants. | Case No. 2:22-CV-04560-KM-ESK<br><br>**DECLARATION OF THOMAS J. SCRIVO IN SUPPORT OF LEIGH NATHANSON'S APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Thomas J. Scrivo, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney-at-law of the State of New Jersey, a member in good standing of this Court, and an associate at the law firm of King & Spalding LLP, for Defendant Kristine Meehan[1] in this action.

2. I am fully familiar with the facts as stated herein and I submit this Declaration in support of the Defendant Kristine Meehan's application for the admission *pro hac vice* of Leigh Nathanson to the Bar of this Court in this action.

3. There is good cause for the admission *pro hac vice* in this matter of Ms. Nathanson. As set forth in her accompanying Declaration, Ms. Nathanson is a member in good standing and eligible to practice before the courts in the State of New York.

4. To the best of my knowledge, Ms. Nathanson has never been the subject of any disciplinary proceeding by any court or other authority and has never been suspended or disbarred by any court.

---

[1] Ms. Meehan is incorrectly identified in the FAC as "Kristine Mashinsky," which is not her legal name.

5. As set forth in her accompanying Declaration, Ms. Nathanson is familiar with the facts of this case. It would be in the best interest of the Defendant Kristine Meehan for her to be admitted *pro hac vice* on her behalf in this action.

6. If this Court grants Ms. Nathanson admission *pro hac vice*, Ms. Nathanson understands that she must abide by all applicable Rules of Court, including all local rules and all disciplinary rules.

7. All pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of King & Spalding, attorneys of record for the Defendant Kristine Meehan, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby.

8. If this Court grants Ms. Nathanson admission *pro hac vice*, I will undertake to ensure that Ms. Nathanson pays the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. CIV. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of the order granting her admission, and will continue to do so for each year she continues to represent the Defendant Kristine Meehan.

9. If this Court grants Ms. Nathanson admission *pro hac vice*, I will undertake to ensure that Ms. Nathanson makes the payment of $150.00 to the Clerk of the United States District in accordance with L. CIV. P. 101.1(c)(3).

10. Based on the foregoing reasons, I respectfully request that this Court enter the accompanying Order admitting Leigh Nathanson *pro hac vice* in this matter

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on December 1, 2023.

/s/ Thomas J. Scrivo
Thomas J. Scrivo