UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAYLOR GOINES, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK, LLC, et al.,<br><br>Defendants. | Case No. 2:22-CV-04560-KM-ESK<br><br>**ORDER FOR *PRO HAC VICE* ADMISSION OF LEIGH NATHANSON** |

This matter having been brought before the Court by Thomas J. Scrivo of King & Spalding LLP, attorneys for Defendant Kristine Meehan[1], on application to allow Leigh Nathanson, Esq. to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown:

**IT IS on this ___ day of _____, 2023,**

**ORDERED** that the Defendant Kristine Meehan's application be and hereby is **GRANTED**; and it is further

**ORDERED** that Leigh Nathanson, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of King & Spalding, attorneys of record for the Defendant Kristine Meehan, who is admitted to the Bar of this Court and shall be held

---

[1] Ms. Meehan is incorrectly identified in the FAC as "Kristine Mashinsky," which is not her legal name.

responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Leigh Nathanson, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Leigh Nathanson, Esq. shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Leigh Nathanson, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, L. Civ. R. 104.1, and Discipline of Attorneys; and it is further

**ORDERED** that Leigh Nathanson, Esq. shall notify this Court immediately of any disciplinary charges brought against her in the Bar of any other court; and it is further

**ORDERED** that Leigh Nathanson, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended; and it is further

**ORDERED** that King & Spalding may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

EDWARD S. KIEL, U.S.M.J.

2