

March 25, 2025


**VIA ECF**

Honorable Stacey D. Adams
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK5C
Newark, New Jersey 07102


      Re:    *Kaplan et. al, v. Mashinsky, et al.*
             Case No. Case No. 2:22-cv-04560-SDW-SDA


Dear Judge Adams:

Our firm represents the defendant Harumi Urata-Thompson in connection with the above-referenced matter. This letter is submitted by defendants Alexander Mashinsky, Harumi Urata-Thompson, Kristine Meehan[1], Jeremie Beaudry, AM Ventures Holding, Inc., Wintermute Trading LTD., and Koala 1 LLC (collectively, "Defendants"). We are writing to update the Court regarding Alexander Mashinsky's sentencing hearing.[2]

On February 5, 2025, this Court ordered that this matter shall remain stayed until after the sentencing of Defendant Alexander Mashinsky (the "Order"). Dkt. No. 121. The Order also set a status conference for April 21, 2025, and directed the parties to meet and confer and submit a joint status letter to the Court at least five days before the conference. *Id*.

Mr. Mashinsky's sentencing has now been rescheduled for May 8, 2025. *See* Crim. Dkt. No. 116.

Accordingly, Defendants respectfully request that the status conference set for April 21, 2025, be rescheduled for a date following Mr. Mashinsky's sentencing on May 8, 2025, with a reasonable amount of time for the parties to meet and confer and submit a joint status letter to this Court prior to that conference.

---

[1] Ms. Meehan is incorrectly identified in the First Amended Class Action Complaint as "Kristine Mashinsky," which is not her legal name.

[2] The related criminal proceeding is *U.S. v. Mashinsky*, 1:23-cr-00347-JGK-1 (S.D.N.Y.) (the "Crim. Dkt.").

BOSTON                        MIAMI                        NEW YORK

March 25, 2025
Page 2 of 2

Respectfully Submitted,

By: */s/ Constantine P. Economides*
Constantine P. Economides *(pro hac vice)*
**DYNAMIS LLP**
1111 Brickell Ave., 10th Floor
Miami, FL 33131
Tel: (305) 985-2959
Email: ceconomides@dynamisllp.com

Eric S. Rosen *(pro hac vice)*
**DYNAMIS LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 802-9157
Email: erosen@dynamisllp.com

Evan M. Newman *(Local Counsel)*
**JACOBOWITZ NEWMAN TVERSKY LLP**
229 Route 70, Suite 209
Toms River, New Jersey 08755
Tel: (516) 545-0434
Email: enewman@jntllp.com

*Attorneys for Harumi Urata-Thompson*

Encls.
CC:    Counsel of Record (via ECF)
       Alexander Mashinsky, *pro se* (via e-mail)

BOSTON                          MIAMI                          NEW YORK