**RADICE LAW FIRM**
John Radice (Bar No. 023612004)
475 Wall Street
Princeton, NJ 08540
Telephone: 646-245-8502
Facsimile:  609-385-0745
jradice@radicelawfirm.com


*Liaison Counsel for Plaintiffs*

**SCOTT+SCOTT ATTORNEYS
AT LAW LLP**
John T. Jasnoch (admitted *pro hac
vice)*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
jjasnoch@scott-scott.com


*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA, Individually and on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD.,<br><br>    Defendants. | Case No. 2:22-cv-04560-SDW-SDA |

## LEAD PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER

On June 25, 2025, Defendants Harumi Urata Thompson, Jeremie Beaudry, Kristine Meehan, and Alexander Mashinsky moved to transfer this action to the Southern District of New York ("Motion to Transfer", ECF No. 133).

Lead Plaintiffs Zack Kaplan, Eli Kaplan, Ben Kaplan, Michael Kaplan, and Michael Mazzotta (the "Lead Plaintiffs") respectfully submit this Notice of Non-Opposition to the Motion to Transfer to indicate that we do not oppose the transfer of this action to the Southern District of New York.

Lead Plaintiffs' non-opposition is limited to the relief sought – transfer to the Southern District of New York – and should not be construed as an endorsement of, or agreement with, the arguments or representations set forth in the Motion to Transfer. Through this Notice of Non-Opposition, Lead Plaintiffs reserve all rights and waive none.

In the event that the Court determines that transfer is not warranted, Lead Plaintiffs remain willing and able to proceed in this forum.

Dated: July 8, 2025                    Respectfully submitted,

                                        */s/ John Radice*
                                       John Radice (Bar No. 023612004)
                                       **RADICE LAW FIRM, P.C.**
                                       475 Wall Street
                                       Princeton, NJ 08540
                                       Telephone: 646-245-8502
                                       Facsimile:  609-385-0745

1

*Liaison Counsel*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-236-0508
jjasnoch@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jonathan M. Zimmerman (204322016)
Sean T. Masson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
jzimmerman@scott-scott.com
smasson@scott-scott.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 8, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED: July 8, 2025

*/s/ John Radice*
JOHN RADICE (Bar No. 023612004)