**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| ZACK KAPLAN, BEN KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, and MICHAEL MAZZOTTA, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br><br>    Plaintiffs,<br><br>    v.<br><br><br>ALEXANDER MASHINSKY, SHLOMI "DANIEL" LEON, HANOCH GOLDSTEIN, HARUMI URATATHOMPSON, JEREMIE BEAUDRY, KRISTINE MASHINSKY, AM VENTURES HOLDING, INC., KOALA1 LLC, and WINTERMUTE TRADING LTD,<br><br><br>    Defendants. |

Civ. No. 25-cv-10796-JLR

**NOTICE OF BANKRUPTCY AND SUGGESTION OF AUTOMATIC STAY**

NOTICE IS HEREBY PROVIDED that on January 12, 2026, Defendant Jeremie Beaudry filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"), Case Number 26-50508 (the "Case"). A copy of the Notice of Commencement of Chapter 11 Case is attached hereto and incorporated herein by reference as **Exhibit A**.

As a result of Mr. Beaudry's Chapter 11 filing, the automatic stay under 11 U.S.C. § 362 prohibits certain actions against the Debtor and his property. In particular, Section 362(a)(1) prohibits "the commencement or continuation . . . of a judicial, administrative, or other action proceeding against the Debtor that was or could have been commenced before the commencement

1

of the case under this title . . . ." The Debtor suggests to the Court that this proceeding is stayed as

to Mr. Beaudry as a matter of law pursuant to 11 U.S.C. § 362.

Dated: New York, New York
       January 13, 2026

Respectfully submitted,

**KING & SPALDING LLP**

By:    */s/Kevin J. O'Brien*
       Kevin J. O'Brien

1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 827-4088
kobrien@kslaw.com

*Counsel for Defendant Jeremie Beaudry*

2