UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL TAYLOR GOINES, et al.,

                              Plaintiffs,

-against-

CELSIUS NETWORK, LLC, et al.,

                              Defendants.

Case No. 1:25-cv-10796 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that Defendant Jeremie Beaudry ("Beaudry") has filed for

Chapter 11 bankruptcy in the United States Bankruptcy Court for the Northern District of

Georgia. *See* Dkt. 150. Accordingly, the above-captioned case is hereby STAYED as to

Beaudry pending the conclusion of his bankruptcy matter. *See* 11 U.S.C. § 362(a).

Dated: January 30, 2026
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge