UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL TAYLOR GOINES, et al.,

                Plaintiffs,

-against-

CELSIUS NETWORK, LLC, et al.,

                Defendants.

Case No. 1:25-cv-10796 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter from Lead Plaintiffs requesting a pre-motion conference in anticipation of their motion to modify the stay of this matter. *See* Dkt. 152. No Defendant has responded. The Court will hold a conference to discuss Lead Plaintiffs' request on **February 24, 2026**, at **2:30 p.m.** The parties should be prepared to discuss Lead Plaintiffs' anticipated motion, as well as whether this matter should be referred to the United States Bankruptcy Court for the Southern District of New York, as the transferor court suggested. *See* Dkt. 143 at 10. The conference will be held via Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 583 989 167#.

Dated: February 6, 2026
      New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*

                    JENNIFER L. ROCHON
                    United States District Judge