**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TAYLOR GOINES et al,<br><br>   Plaintiff,<br><br>    v.<br><br>CELSIUS NETWORK LLC, et al,<br><br>   Defendants. | Case No.: 1:25-cv-10796-JLR |

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINT**

WHEREAS, on December 31, 2025, the above-captioned action was transferred to this Court;

WHEREAS, prior to transfer, Ben Kaplan, Eli Kaplan, Michael Kaplan, Zach Kaplan, and Michael Mazzotta were appointed as Lead Plaintiffs ("Lead Plaintiffs"), and Scott+Scott Attorneys At Law LLP was appointed as lead counsel for plaintiffs in this action;

WHEREAS, Lead Plaintiffs, Defendant Harumi-Urata Thompson, Defendant Kristine Meehan, and Defendant Wintermute Trading Ltd. (the "Stipulating Defendants") have conferred and have agreed to a schedule, subject to Court approval, for Defendants to answer or otherwise respond to the operative complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Defendants shall answer, move or otherwise respond to the Complaint by June 5, 2026;

2. Lead Plaintiffs shall file any opposition to such motion(s) by July 22, 2026; and

3. Defendants shall file any reply in support of such motion(s) by August 12, 2026.

1

**DATED:**    April 29, 2026

Respectfully submitted,

*/s/ John T. Jasnoch*

John T. Jasnoch (pro hac vice)
Mollie Chadwick (pro hac vice)
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Phone: (619) 233-4565
jjasnoch@scott-scott.com
mchadwick@scott-scott.com

Sean T. Masson
The Helmsley Building
230 Park Avenue, 24th FL
New York, NY 10169
Phone: (212) 223-6444
smasson@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

*/s/ Constantine Economides*

Constantine Economides
DYNAMIS LLP
SE 3rd Ave., Suite 1000
Miami, FL 33131
Phone: (305) 985-2959
E-mail: ceconomides@dynamisllp.com

*Counsel for Defendant Harumi-Urata
Thompson*

*/s/Leigh M. Nathanson*

Leigh M. Nathanson
KING & SPALDING LLP
1290 6th Ave 14th floor
New York, NY 10104
Phone: (212) 556-2100
E-mail: lnathanson@kslaw.com

*Counsel for Defendant Kristine Meehan*

2

*/s/ Daniel C. Isaacs*

Daniel C. Isaacs
MORRISON COHEN LLP
909 Third Avenue, 27th Floor,
New York, NY 10022-4784
Phone: 212.735.8600
disaacs@morrisoncohen.com

*Counsel for Defendant Wintermute Trading Ltd*

**SO ORDERED**.

Dated:  ___April 29_____, 2026

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 29th day of April, 2026, this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ John T. Jasnoch*
John T. Jasnoch

4